# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**By ECF**

November 10, 2020

The Honorable Philip M. Halpern
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007-1312

Re:  **Fabricio v. Lee, No. 7:16-cv-08731-PMH (S.D.N.Y.)**

Dear Judge Halpern:

      We represent Plaintiff Ederick Fabricio in the above-captioned case.  We write pursuant to Your Honor's September 16, 2020 order to inform the Court that Plaintiff has completed taking the six depositions for which leave was granted at the last status conference.  We look forward to discussing the case with the Court at the next status conference, scheduled for November 12, 2020.

Respectfully submitted,

/s/ William E. O'Neil

William E. O'Neil

cc:   All counsel of record (by CM/ECF)