UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDERICK FABRICIO,

                Plaintiff,

-against-

SGT. JEFFREY MILLER, et al.,

                Defendants.

**ORDER**

16-CV-08731 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow civil jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

    On November 12, 2020, the parties informed the Court that they wished to proceed to trial either during the week of January 19, 2021 or the week of March 29, 2021. The Court accordingly requested a jury trial for those dates. The Clerk's Office has now notified the Court that this case has been scheduled as the second back-up case on March 30, 2021. This means that the case will proceed on March 30, 2021 if the primary case and the first back-up case do not go forward. The case must be trial-ready for that date. If the case cannot proceed on March 30, 2021, the Court will seek another jury trial date for as soon as possible thereafter.

                                **SO ORDERED:**

Dated:   New York, New York
            January 5, 2021

                                _____
                                PHILIP M. HALPERN
                                United States District Judge