UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDERICK FABRICIO,

                Plaintiff,                16 **CIVIL** 8731 (PMH)

      -against-                             **JUDGMENT**

SGT. JEFFREY MILLER, C.O. JEFFREY
ERNS, C.O. KEITH CHASE, C.O. BRIAN
COREY, C.O. SEAN CARLSON, C.O. KEITH
BROKAW, and C.O. STANLEY PHILLIPS,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  White Plains, New York
            October 27, 2021

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**

So Ordered:

                                            **BY:**  K. Mango

**U.S.D.J.**                                                  **Deputy Clerk**